DEBORAH CONNOR, Chief
Money Laundering and Asset Recovery Section (MLARS)
MARY BUTLER
Chief, International Unit
WOO S. LEE
Deputy Chief, International Unit
BARBARA Y. LEVY, Trial Attorney
JOSHUA L. SOHN, Trial Attorney
JONATHAN BAUM, Sr. Trial Attorney
Criminal Division
United States Department of Justice
   1400 New York Avenue, N.W., 10th Floor
   Washington, D.C. 20530
   Telephone: (202) 514-1263
   Email: joshua.sohn@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ALL FUNDS HELD IN ESCROW BY CLYDE & CO. IN THE UNITED KINGDOM AS DAMAGES OR RESTITUTION IN *PETROSAUDI V. PDVSA* UNCITRAL ARBITRATION,<br><br>        Defendant *in rem*. | No. 2:20-cv-8466-DSF-PLA<br><br>**[PROPOSED]**<br>**WARRANT FOR ARREST *IN REM*** |

TO: THE FEDERAL BUREAU OF INVESTIGATION ("FBI"), THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

A Verified Complaint for Forfeiture *In Rem* ("Verified Complaint") was filed on September 16, 2020, in the United States District Court for the Central District of California by the United States of America, alleging that the assets – specifically: all funds

held in escrow by Clyde & Co. in the United Kingdom as damages or restitution in the 2017 UNCITRAL arbitration between PetroSaudi Oil Services (Venezuela) Ltd. and PDVSA Servicios S.A. *et al.* (the "Defendant Assets") are subject to forfeiture to the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(A) and (C).

The Court is satisfied that, based upon the allegations of the Verified Complaint, there is probable cause to believe that the Defendant Assets are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

YOU ARE HEREBY COMMANDED pursuant to Supplemental Rule G(3)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules"), to arrest and seize the Defendant Assets.  Special Agents of the FBI and/or Deputies of the United States Marshals Service ("USMS"), together with any personnel deemed necessary, shall execute this warrant of arrest in rem as soon as practicable.

YOU ARE FURTHER COMMANDED to provide a copy of this warrant to the person or persons from whom the Defendant Assets are seized and file a return with this Court identifying the time and details of execution of this Warrant, and the identity of the individual(s) who received copies.

THE GOVERNMENT IS COMMANDED to publish notice of the seizure in a manner consistent with the Supplemental Rules, and to provide

notice of this action to all persons and entities who reasonably appear to be potential claimants to the Defendant Assets by sending such persons and entities a copy of this warrant and a copy of the Verified Complaint, in a manner consistent with Rule G(4)(b) of the Supplemental Rules.

This warrant provides notice that in order to avoid forfeiture of the Defendant Assets, any person claiming an interest in, or right against, the Defendant Assets must file a claim, signed under penalty of perjury, identifying the specific assets claimed, the claimant, and stating the claimant's interest in the assets in the manner set forth in Rule G(5) of the Supplemental Rules.  Any such claim must also be served on Trial Attorney Joshua Sohn, U.S. Department of Justice, 1400 New York Ave., NW, 10th Floor, Washington DC, 20005.  In no event may such claim be filed later than thirty-five (35) days after the date the notice of the Complaint is sent, or if applicable, no later than sixty (60) days after the first day of publication on an official internet government forfeiture site.

In addition, any person having filed such a claim must also file an answer to the Verified Complaint not later than 21 days after the filing of the claim, with a copy thereof sent to Trial Attorney Joshua Sohn at the address above.  Upon failure to file a

///
///
///

3

verified statement of interest and answer, default may be entered pursuant to Rule 55(a), Federal Rule of Civil Procedure, and seizure and condemnation may proceed as sought by plaintiff in its Complaint.

Dated this _____ day of _____, 2020

                                              _____
                                              UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DEBORAH CONNOR
Chief, MLARS
United States Department of Justice
WOO S. LEE
BARBARA Y. LEVY
JOSHUA L. SOHN
Criminal Division
U.S. Department of Justice


 */s/ Joshua L. Sohn*
JOSHUA LEE SOHN
Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA