# EXHIBIT 2



Payment credit advice

| | |
|---|---|
| Our ref: | EBANKGO95248015 |
| Your ref: | IAT RB/1527752 |
| Date: | 23rd March 2021 |
| Time: | 15:21:54 |
| Delivery ref: | 00697818045 |

We confirm having issued the following   Inter Account Transfer

| | | | | |
|---|---|---|---|---|
| Amount debited: | USD | 322,462,970.58 | Debit date: | 23rd March 2021 |
| From account: | | 9982 | | |
| | | | | |
| Amount credited: | GBP | 233,499,616.64 | Value date: | 23rd March 2021 |
| To account: | | 9732 | | |

Reference:

Transactional information:

| | | |
|---|---|---|
| Requested amount: | USD | 322,462,970.58 |
| Exchange Rate: | 1.381 | |
| Deal Reference: | Autobooked | |
| NWB commission charges: | 0.00 | |
| NWB commission charges information: | | |

National Westminster Bank plc. Registered in England No 929027. Registered Office: 250 Bishopsgate, London, EC2M 4AA
Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.
Agency agreements exist between members of The Royal Bank of Scotland Group.