# Attachment A

Asset Description:

All funds constituting the arbitration award in the UNCITRAL arbitration between PetroSaudi Oil Services (Venezuela) Ltd. and PDVSA Servicios S.A. *et al.*, with a value of $379,843,732.60 plus interest at 12 percent beginning on 10 July 2020 ("Defendant Assets").

Interested Parties:

The persons and entities believed to have an interest in the Defendant Assets are: 1Malaysia Development Berhad; PetroSaudi International, Ltd.; PetroSaudi Oil Services Ltd.; PetroSaudi Oil Services (Venezuela) Ltd.; 1MDB PetroSaudi Ltd.; and Tarek Obaid and Patrick Mahony, in their individual capacities and as owner(s), officer(s), and/or director(s) of the PetroSaudi corporate entities listed above.