UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>         v.<br><br>ALL FUNDS CONSTITUTING ARBITRATION AWARD IN *PETROSAUDI V. PDVSA* UNCITRAL ARBITRATION,<br><br>         Defendant *in rem*. | CV 20-8466 DSF (PLAx)<br><br>**WARRANT FOR ARREST *IN REM*** |

TO: THE ATTORNEY GENERAL OR HIS DULY AUTHORIZED REPRESENTATIVE:

A Verified Third Amended Complaint for Forfeiture *In Rem* ("Verified Complaint") was filed on July 6, 2021, in the United States District Court for the Central District of California by the United States of America, alleging that the assets – specifically: all funds constituting the arbitration award in the UNCITRAL arbitration between PetroSaudi Oil Services (Venezuela) Ltd. and PDVSA Servicios S.A. *et al.* (the "Defendant Assets") are subject to forfeiture to the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(A) and (C).  The main corpus of

the Defendant Assets is currently held in the Court Funds Office of the High Court of Justice in the United Kingdom.  The High Court of Justice has released portions of the Defendant Assets as set forth in an order of that court dated March 23, 2021.

   The Court is satisfied that, based on the allegations of the Verified Complaint, there is probable cause to believe that the Defendant Assets are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

   YOU ARE HEREBY COMMANDED pursuant to Supplemental Rule G(3)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules"), to arrest and seize any portions of the Defendant Assets that have been or may be released by the High Court of Justice.  In accordance with Supplemental Rule G(3)(c)(iv), for property located outside the United States, this warrant may be executed by transmitting it to an appropriate authority for serving process where the property is located.  You shall execute this warrant of arrest in rem as soon as practicable.

   YOU ARE FURTHER COMMANDED to file a return with this Court identifying the time and details of execution of this Warrant, and the identity of the individual(s) upon whom copies were served and the manner employed.  This Warrant provides notice that the Defendant Assets are not to be dissipated without further order of the Court.

THE GOVERNMENT IS COMMANDED to publish notice of the seizure in a manner consistent with the Supplemental Rules, and to provide notice of this action to all persons and entities who reasonably appear to be potential claimants to the Defendant Assets by sending such persons and entities a copy of this warrant and a copy of the Verified Complaint, in a manner consistent with Rule G(4)(b) of the Supplemental Rules.

This warrant provides notice that in order to avoid forfeiture of the Defendant Assets, any person claiming an interest in, or right against, the Defendant Assets must file a claim, signed under penalty of perjury, identifying the specific assets claimed, the claimant, and stating the claimant's interest in the assets in the manner set forth in Rule G(5) of the Supplemental Rules.  Any such claim must also be served on Trial Attorney Joshua L. Sohn, U.S. Department of Justice, 1400 New York Ave., NW, 10th Floor, Washington DC, 20005.  In no event may such claim be filed later than thirty-five (35) days after the date the notice of the Verified Complaint is sent, or if applicable, no later than sixty (60) days after the first day of publication on an official internet government forfeiture site.

In addition, any person having filed such a claim must also file an answer to the Verified Complaint not later than 21 days after the filing of the claim, with a copy thereof sent to Trial Attorney Joshua L. Sohn at the address above.  Upon failure to file a

verified statement of interest and answer, default may be entered pursuant to Rule 55(a), Federal Rule of Civil Procedure, and seizure and condemnation may proceed as sought by plaintiff in its Complaint.

Dated this 14th day of October, 2021

_____
Hon. Dale S. Fischer
UNITED STATES DISTRICT JUDGE

4