Zoe M. Steinberg (CA SBN 324324)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:  (310) 820-8800
Facsimile:   (310) 820-8859
Email:        zsteinberg@bakerlaw.com

David B. Rivkin, Jr., *pro hac vice*
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20036
Telephone:  (202) 861-1500
Facsimile:   (202) 861-1783
Email:        drivkin@bakerlaw.com

(additional counsel listed after caption)

*Attorneys for Claimant PetroSaudi Oil Services (Venezuela) Ltd.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALL FUNDS CONSTITUTING ARBITRATION AWARD IN *PETROSAUDI v. PDVSA UNCITRAL* ARBITRATION, <br><br> Defendant. | Case No.: 2:20-cv-08466-DSF-PLA <br><br> Judge:      Hon. Dale S. Fischer <br> Mag. Judge: Hon. Paul L. Abrams <br><br> **PRELIMINARY INJUNCTION APPEAL** |

OF COUNSEL:

Lee A. Casey (CA SBN 119568)
lcasey@bakerlaw.com
Mark W. DeLaquil
mdelaquil@bakerlaw.com
Jonathan R. Barr (*pro hac vice*)
jbarr@bakerlaw.com
Elizabeth Price Foley (*pro hac vice*)
efoley@bakerlaw.com
Kendall E. Wangsgard (*pro hac vice*)
kwangsgard@bakerlaw.com
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: 202.861.1500
Facsimile: 202.861.1783

Jonathan B. New (*pro hac vice*)
jnew@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
Facsimile: 212.549.4201

*Attorneys for Claimant*
*PetroSaudi Oil Services (Venezuela) Ltd.*

# NOTICE OF APPEAL

Notice is hereby given that Claimant PetroSaudi Oil Services (Venezuela) Ltd., claimant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order entered on December 9, 2021 (ECF No. 119) and all orders related to or forming the basis of that order in any way.

Claimant's Representation Statement is attached to this Notice pursuant to Ninth Circuit Rule 3-2(b).

Dated: January 5, 2022               Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:    */s/ David B. Rivkin, Jr.*
       David B. Rivkin, Jr.
       Zoe M. Steinberg

       *Attorneys for Claimant PetroSaudi Oil Services (Venezuela) Ltd.*

# REPRESENTATION STATEMENT

The undersigned represents Claimant PetroSaudi Oil Services (Venezuela) Ltd. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), Claimant-Appellant submits this Representation Statement. The following identifies all parties to the action, along with their respective counsel by name, firm, address, telephone number, and email, where appropriate.

**1. PetroSaudi Oil Services (Venezuela) Ltd.,** *Claimant-Appellant*

Zoe M. Steinberg (CA SBN 324324)
zsteinberg@bakerlaw.com
Dyanne J. Cho (CA SBN 306190)
dcho@bakerlaw.com
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859

David B. Rivkin, Jr.
drivkin@bakerlaw.com
Lee A. Casey (CA SBN 119568)
lcasey@bakerlaw.com
Mark W. DeLaquil
mdelaquil@bakerlaw.com
Jonathan R. Barr
jbarr@bakerlaw.com
Elizabeth Price Foley
efoley@bakerlaw.com
Kendall E. Wangsgard
kwangsgard@bakerlaw.com
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20036
Telephone:   (202) 861-1500
Facsimile:   (202) 861-1783

Jonathan B. New
jnew@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
Facsimile: 212.549.4201

**2. United States of America,** *Plaintiff-Appellee*

Joshua L. Sohn
joshua.sohn@usdoj.gov
Barbara Y. Levy
barbara.levy@usdoj.gov
Jonathan T. Baum
jonathan.baum@usdoj.gov
U.S. Department of Justice
Criminal Division
1400 New York Avenue N.W.,
Suite 10100
Washington, DC 20005
Telephone: 202.514.1263

Dated: January 5, 2022                    Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:   */s/ David B. Rivkin, Jr.*
        David B. Rivkin, Jr.
        Zoe M. Steinberg

*Attorneys for Claimant PetroSaudi Oil Services (Venezuela) Ltd.*

2

REPRESENTATION STATEMENT
CASE NO.: 2:20-CV-08466-DSF-PLA